# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

March 15, 2017

155221

DARRYL MCGORE,

      Plaintiff-Appellant,

v

SAGINAW CORRECTIONAL FACILITY
WARDEN and QUARTERMASTER
SUPERVISOR,

      Defendants-Appellees.

_____/

SC: 155221
COA: 335577
Saginaw CC: 15-026486-CZ

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of February 21, 2017, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 15, 2017



jam

Clerk